**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

LESLIE REICHWEIN and KIRK KLEVER,
Plaintiffs,

v.

COSTCO WHOLESALE CORPORATION,
JOHN DOE (1), JOHN DOE (2),
Defendants.

No. 5:26-cv-2540

**ORDER**

**AND NOW**, this 2nd day of November, 2026, for the reasons stated in the Opinion issued this date, **IT IS HEREBY ORDERED THAT:**

1. Defendant's Motion for Summary Judgment, ECF No. 15, is **GRANTED**.

2. **JUDGMENT IS ENTERED** in favor of Defendants and against Plaintiffs on all counts.

3. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge